UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELVIN HAMILTON,<br><br>              Plaintiff,<br><br>    v.<br><br>COUNTY OF KERN, *et al.*,<br><br>              Defendants. | Case No. 1:25-cv-00979-CDB<br><br>ORDER ON STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT<br><br>(Doc. 5)<br><br>ORDER DIRECTING PLAINTIFF TO FILE PROOF OF SERVICE<br><br>**7-DAY DEADLINE** |

      Plaintiff Elvin Hamilton ("Plaintiff") initiated this action with the filing of a complaint on August 7, 2025, against Defendants County of Kern and Deputy B. Frizzell. (Doc. 1). Pending before the Court is the stipulated request of the Plaintiff and the County of Kern to extend the deadline for the County to respond to the complaint. (Doc. 5).

      In support of their request, the parties represent that, on August 21, 2025, Plaintiff served the County of Kern, thus the County's responsive pleading is due September 11, 2025. The parties met and conferred, discussing the need to amend the complaint to add additional County employees, and agreed to extend the County's deadline to respond to the complaint to October 8, 2025, to avoid the necessity of multiple answers. *Id.* at 2. The Court notes that, though Plaintiff represents completion of service upon the County of Kern, no proof of service has yet been filed.

**Conclusion and Order**

In light of the stipulation and the representations therein, and good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant County of Kern SHALL file its response to Plaintiff's complaint no later than October 8, 2025.
2. Plaintiff SHALL file proofs of service for all served defendants **within seven (7) days** of entry of this order.

IT IS SO ORDERED.

Dated: __September 11, 2025__  _____
UNITED STATES MAGISTRATE JUDGE