UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ELVIN HAMILTON,

Plaintiff,

v.

COUNTY OF KERN, *et al.*,

Defendants.

Case No. 1:25-cv-00979-KES-CDB

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH COURT ORDERS AND FAILURE TO PROSECUTE

Doc. 37

Plaintiff Elvin Hamilton initiated this action with the filing of a complaint on August 7, 2025. Doc. 1.

On July 15, 2026, the assigned magistrate judge issued findings and recommendations to dismiss the action for failure to prosecute the case and failure to comply with the Court's orders. Doc. 37. The magistrate judge noted that, upon the grant of Plaintiff's counsel's motion to withdraw as counsel of record on June 2, 2026, the Court ordered Plaintiff to file either a notice of appearance by any attorney who will represent him or, otherwise, a statement of Plaintiff's intent to proceed pro se. *Id.* at 1. After Plaintiff failed to timely file any response, the Court issued an order to show cause why sanctions should not be imposed for Plaintiff's failure to prosecute and failure to obey court orders; Plaintiff did not file any response thereto and the time in which to do so has expired. *Id.* at 1-2.

The magistrate judge evaluated the factors set forth in *Pagtalunan v. Galaza*, 291 F.3d 639,

642 (9th Cir. 2002), regarding dismissal for failure to comply with a court order, and recommended dismissal without prejudice. *Id.* at 2-4.

The Court served the findings and recommendations on Plaintiff and informed him that any objections were due within 14 days. *Id.* at 4. The findings and recommendations advised the parties that failure to file objections within the specified time may result in the waiver of certain rights on appeal. *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)). No party filed any objections and the time to do so has expired.

Consistent with 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes the findings that Plaintiff failed to prosecute the action and failed to comply with the Court's orders are supported by the record and proper analysis.

Accordingly, the Court ORDERS:

1. The findings and recommendations, Doc. 37, issued on July 15, 2026, are ADOPTED in full.
2. The action is DISMISSED without prejudice.
3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: August 6, 2026

UNITED STATES DISTRICT JUDGE